# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1395
_____

MELVIN MURRELL,

    Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


November 27, 2024


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Melvin Murrell, pro se, Petitioner.

No appearance for Respondent.